UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO,                          )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )          Civil Action No. 13-0729 (PLF)
                                            )
DEPARTMENT OF JUSTICE,                      )
                                            )
          Defendant.                        )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the government's renewed motion for summary judgment [Dkt.

No. 53] is GRANTED; it is

FURTHER ORDERED that Mr. Shapiro's renewed cross-motion for summary

judgment [Dkt. No. 55] is DENIED; and it is

FURTHER ORDERED that judgment shall be entered for the defendant.

This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

                                            _____
                                            PAUL L. FRIEDMAN
DATE:  July 24, 2019                        United States District Judge